United States Bankruptcy Court
Southern District of Texas
**ENTERED**
September 03, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| In re | § | |
| | § | No. 24-80258 |
| BEBCO ENVIRONMENTAL | § | Chapter 11 |
| CONTROLS CORPORATION, | § | |
| | § | |
| Debtors. | § | |

**ORDER GRANTING DEBTORS' EMERGENCY MOTION FOR EXPEDITED CONSIDERATION**

BEBCO ENVIRONMENTAL CONTROLS CORPORATION ("BEBCO" or the "<u>Debtor</u>") filed an Emergency Motion for Expedited Consideration ("Motion "). The Court has considered the Motion and finds that good cause has been shown for the entry of the relief requested. It is, therefore,

ORDERED, that a hearing will be conducted by Telephone and Video conference on September 6, 2024, at 10:00 AM (the "Hearing"), dial-in 832-917-1510 conference code 282694 and video participation by https://meet.goto.com/JudgePerez; and it is further

**ORDERED** that, at the Hearing, the Court shall consider, and may enter a ruling, on any one or more of the following Motions:

(a) Motion for Authority to Use Cash Collateral (the "**Cash Collateral Motion**"), ECF Doc 4,

(b) Motion to (A) Approve Employment of Auctioneer; (B) Approve the Auction of Certain Assets of The Debtor Free and Clearo Of Liens, Claims and Encumbrances, and (C) Approve Related Relief (the "**Auction Sale Motion**"), ECF 3; and

(c) Motion to Approve DIP Financing (the "**DIP Financing Motion**"), to be filed, it is further

**ORDERED** that within 24 hours after the entry of this Order, Debtor shall serve copies of the **Auction Sale Motion**, the **Cash Collateral Motion** and the **DIP Financing Motion**, together with exhibits and proposed orders, on the following interested parties by email or U.S. First Class Mail, Postage Prepaid: (a) US Trustee; (b) Chapter V Trustee, if one has been selected; (c) the Twenty Largest Unsecured Creditors; (d) the IRS; (e) the SBA; (f) the Debtor's landlord; and (g) Custom Controls Corporation.  If Debtor is aware of any email addresses for such service parties, Debtor shall also serve said motions by email. If the Debtor has a street address for the IRS and/or the SBA, Debtor shall also service said motions by Federal Express, For Overnight Delivery by noon the next day.

Signed: September 03, 2024

_____
Alfredo R Pérez
United States Bankruptcy Judge