IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| | § | Case No. 24-80258 |
| BEBCO ENVIRONMENTAL CONTROLS CORPORATION | § § § | |
| Debtor. | § § | |

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the following pleadings were served on this 3rd day of September 2024, in the manner set forth below.

- Motion to (A) Approve Employment of Auctioneer; (B) Approve the Auction of Certain Assets of The Debtor Free and Clearo Of Liens, Claims and Encumbrances, and (C) Approve Related Reli (the "**Auction Sale Motion**"), (ECF 3), together with Proposed Order.

- Motion for Authority to Use Cash Collateral ("**Cash Collateral Motion**"), (ECF 4), together with Proposed Order.

- Order Granting Debtors' Emergency Motion for Expedited Consideration, (ECF 7).

**Method of Service:**

- Twenty Largest Creditors; SBA; IRS – By United States Mail, Postage Prepaid.

- IRS and SBA, by Messenger and US First Class Mail, Postage Prepaid to: C/O office of the United States Attorney, Southern District of Texas Attn: Civil Process Clerk, 1000 Louisiana, Suite 2300, Houston, TX 77002.l

- U.S. Small Business Administration, Little Rock Commercial Loan Servicing Center, 2120 Riverfront Drive, Suite 100, Little Rock, AR 72202, by First Class Mai, Postage Prepaid, and by Federal Express for overnight delivery on Wednesday, September 4, 2024.

- **By Email to the following parties:**

  Bruce Hamby
  brucehamby@hambylaw.com

1

Counsel for Custom Controls Company

Jeff Carutyh
jcarruth@wkpz.com
Counsel for Wolf Capital Partners

Mike Baucom
mikeb@exphvac.com
BEBCO Environmental Controls Corp;oration

Tim Rodwell
tim@customcontrolsco.com
Custom Controls Corporation

Matthew Hoffman
matthew@mhsawlaw.com
Counsel for Custom Controls Corporation

- **By ECF:**

  US Trustee
  USTPRegion07.HU.ECF@USDOJ.GOV

Respectfully submitted this 3rd day of September 2024.

/s/Leonard H. Simon
**Leonard H. Simon, Esq.**
TBN: 18387400; SDOT: 8200
The Riviana Building
2777 Allen Parkway, Suite 800
Houston, Texas 77019
(713) 528-8555 (Main)
(832) 202-2810 (Fax)
lsimon@pendergraftsimon.com
**PROPOSED ATTORNEY FOR DEBTOR**

OF COUNSEL:
William P. Haddock, Esq.
PENDERGRAFT & SIMON
2777 Allen Parkway, Suite 800
Houston, Texas 77019
(713) 528-8555 (Main)
(832) 202-2810 (Fax)